### T. W. Eberhardt v. The State.

#### No. 5528.   Decided November 12, 1919.

**Theft—Escape—Practice on Appeal.**

Where it was satisfactorily established in this court that the appellant had escaped from the custody of the county jailor and is now at large pending this appeal, the same is hereby dismissed.

Appeal from the District Court of Denton.   Tried below before the Hon. C. R. Pearman, judge.

Appeal from a conviction of theft over the value of fifty dollars; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*W. D. R. Owen,* for appellant.

*C. M. Cureton,* Attorney General, *W. A. Keeling,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—It being shown to the Court that since the conviction of this appellant, he has escaped from the custody of the county jailor of Callahan County, and is now at large, and the said fact having been satisfactorily established, this appeal is hereby ordered dismissed.

*Dismissed.*